FILED'06 SEP 11 11:42USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| RUBEN MCNEAL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-1745-PK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Tim Wilborn
Wilborn and Associates, P.C.
2020-C S.W. 8th Avenue, PMB #294
West Linn, Oregon  97068

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Neil J. Evans
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

Page 1 - ORDER

Thomas M. Elsberry
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on July 27, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Defendant has filed objections to the Findings and Recommendation and plaintiff has filed a response.

When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in petitioner's objections to the Findings and Recommendation, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#22). IT IS HEREBY ORDERED that the decision of the Commissioner is REVERSED and REMANDED for calculation and an award of benefits.

Dated this 8/h day of September, 2006.

    Garr M. King
    United States District Judge

Page 2 - ORDER