WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED '06 DEC 04 14:49 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**RUBEN McNEAL,**

  Plaintiff,

vs.

**COMMISSIONER of Social Security,**

  Defendant.

CV # 04-1745-PK

ORDER

Attorney fees in the amount of $7,400.00 and expenses in the amount of $14.41 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $150.00 are awarded pursuant to 28 U.S.C. § 1920.

DATED this 4th day of December, 2006.

_____
United States ~~District~~ / Magistrate Judge

Submitted on December 1, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1